Hon. Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

JASON MADSEN,

    Plaintiff,

vs.

DYNAMIC COLLECTORS, INC.,

    Defendant.

No. 3:17-cv-05528-BHS

STIPULATED MOTION AND SUBJOINED ORDER OF DISMISSAL WITH PREJUDICE

NOTED FOR HEARING
AUGUST 23, 2017

## I. STIPULATED MOTION

IT IS STIPULATED by and between Plaintiff Jason Madsen and defendant Dynamic Collectors, Inc. through their attorneys of record, that all claims set forth in the Complaint should be dismissed with prejudice, and with each party bearing their own costs.

DATED this 23rd day of August, 2017.

Presented jointly by:

| NORTHWEST DEBT RELIEF LAW FIRM | LEE SMART, P.S., INC. |
|---|---|
| By: /s Thomas McAvity (via consent)<br>Thomas McAvity, WSBA No. 35197<br>Attorneys for Plaintiff<br>Jason Madsen | By: /s Marc Rosenberg<br>Marc Rosenberg, WSBA 31034<br>Attorneys for Defendant<br>Dynamic Collectors, Inc. |
| 14900 Interurban Ave S.<br>Ste 271 PMB 43<br>Seattle, WA 98168<br>(503) 860-6868<br>tom@nwrelief.com | 1800 One Convention Place<br>701 Pike Street<br>Seattle, WA 98101<br>(206) 624-7990<br>mr@leesmart.com |

STIPULATION AND ORDER OF DISMISSAL - 1
3:17-cv-05528-BHS
6155700.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

## II. ORDER OF DISMISSAL

The Court, having reviewed the Stipulated Motion of the Parties now enters the following Order:

It is hereby ordered that all claims set forth in Plaintiffs' Complaint are dismissed with prejudice, and the case is dismissed with prejudice in its entirety, with each party bearing their own costs.

There being no just cause for delay, the Clerk of the Court is directed to immediately enter this Order and close the above-captioned case.

ENTERED this 23 day of August, 2017.

_____
Hon. Benjamin H. Settle
U.S. District Court Judge

STIPULATION AND ORDER OF DISMISSAL - 2
3:17-cv-05528-BHS
6155700.doc

**LEE·SMART**
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944